IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC., et al.,

    Plaintiffs,

  v.

EL CAMINO PAVING INC.,

    Defendant.

No. C 08-04142 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The plaintiff advises that it is awaiting clearance of the final settlement check within ten days in the captioned matter. The Court, therefore, **CONTINUES** the case management conference to **DECEMBER 18, 2008, AT 11:00 A.M.** The parties need not appear for the case management conference if a dismissal is filed in advance of the conference date.

    **IT IS SO ORDERED.**

Dated: December 3, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE